UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00564-RJC-DSC

| CAROL ANDREA STEIN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHARLOTTE-MECKLENBURG | ) | |
| HOSPITAL AUTHORITY et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on (1) Defendants Charlotte Housing Authority, George Connor, Jesse Dozier, Dexter Moseley, and Fulton Meacham's Motion to Dismiss, (Doc. No. 28); (2) Defendant Charlotte-Mecklenburg Police Department's Motion to Dismiss, (Doc. No. 30); (3) Defendants Charlotte-Mecklenburg Hospital Authority, Michael Tarwater, and Eugene Woods' Motion to Dismiss, (Doc. No. 34); (4) Defendants The Federal Bureau of Investigation, Robert Mueller, James Comey, Nathan Gray, Lila Wigan, and other unnamed agents of the FBI's Motion to Dismiss, (Doc. No. 46); (5) the Magistrate Judge's Memorandum and Recommendation ("M&R") on Defendants' Motions to Dismiss, (Doc. No. 52); (6) Plaintiff's Objections, (Doc. Nos. 53, 56); and (7) Plaintiff's Motion for Temporary Restraining Order, (Doc. No. 57).

A district court may assign dispositive pretrial matters to a magistrate judge for "proposed findings of fact and recommendations." 28 U.S.C. § 636(b)(1)(B). The Federal Magistrate Act provides that a district court "shall make a de novo

determination of those portions of the report or specific proposed findings or recommendations to which objection is made." Id. at § 636(b)(1); Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After de novo review of the record, the M&R, and Plaintiff's Objections thereto, the Court concludes that the recommendation to grant Defendants' Motions to Dismiss pursuant to Rule 12(b)(6) is fully consistent with and supported by current law. Therefore, the Court adopts the M&R.

Having concluded that Defendants' Motions to Dismiss should be granted, the Court denies as moot Plaintiff's Motion for Temporary Restraining Order.

**IT IS THEREFORE ORDERED** that:

1. The Magistrate Judge's M&R, (Doc. No. 52), is **ADOPTED**;

2. Defendants' Motions to Dismiss, (Doc. Nos. 28, 30, 34, 46), are **GRANTED** and Plaintiff's claims are **DISMISSED**;

3. Plaintiff's Motion for Temporary Restraining Order, (Doc. No. 57), is **DENIED as moot**; and

4. The Clerk of Court is directed to close this case.

Signed: September 27, 2019

Robert J. Conrad, Jr.
United States District Judge